IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:25CR00009-1 |
| | ) | |
| Buck Charles Granados | ) | |

**ORDER**

On November 6, 2017, Buck Charles Granados appeared before the Honorable Richard W. Story, United States District Judge, Northern District of Georgia, for sentencing, after pleading guilty to the offense of conspiracy to distribute methamphetamine. Granados was sentenced to 120 months imprisonment, followed by an 8-year term of supervised release. Granados was also ordered to pay a $100 special assessment. Granados commenced his term of supervised release on September 17, 2024, in the Southern District of Georgia. On February 1, 2025, jurisdiction of Granados' case was transferred from the Northern District of Georgia to the Southern District of Georgia, and the case was assigned to the Honorable J. Randal Hall.

On December 9, 2025, the probation officer submitted a petition recommending that Granados' term of supervised release be revoked. The petition alleged Granados failed to refrain from drug (methamphetamine and oxycodone) usage on each of the following dates: October 28, 2025; November 12, 2025; November 26, 2025; and December 5, 2025, in addition to leaving the judicial district without permission of the probation officer on November 25, 2025.

On January 20, 2026, a final revocation hearing was held to address the violations outlined above. Granados, through his attorney, stipulated to all violations reported in the petition. The Court recessed the revocation hearing for 120 days (until April 20, 2026, at 10:00 a.m.) to allow Granados an opportunity to prove his seriousness in abstaining from the use of illegal drugs and participating in a substance abuse treatment program. While in recess, all conditions of supervision previously imposed by the Court on November 6, 2017, shall remain in full force and effect.

The Court further conveyed during the January 20, 2026, hearing that if Granados complies with substance abuse treatment and supervision while in recess, the Court will continue his term of supervised release. However, if Granados further violates the terms and conditions of his supervision, he is to immediately be brought back before the Court for revocation.

**SO ORDERED**, this 22nd day of January, 2026.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA